UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20517-CIV-LENARD/GOODMAN

**CYNTHIA DAVIS, et al.,**

    Plaintiffs,

v.

**VALSAMIS, INC.,**

    Defendant.
_____/

## FINAL JUDGMENT

Judgment is entered on behalf of Valsamis, Inc. ("Defendant") against Cynthia Davis, et al., ("Plaintiffs").

**DONE AND ORDERED** in Chambers at Miami, Florida this 12th day of October, 2016.

_____
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**